**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* PRESCOTT LOVERN<br><br>-and-<br><br>PRESCOTT LOVERN,<br><br>                Plaintiffs,<br><br>        v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; DEUTSCHE BANK TRUST COMPANY AMERICAS; MERRILL LYNCH CREDIT PRODUCTS, LLC; MERRILL LYNCH L.P. HOLDINGS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; ZURICH AMERICAN INSURANCE COMPANY; THERMO NO. 1 BE-01, LLC; INTERMOUNTAIN RENEWABLE POWER, LLC; and RASER TECHNOLOGIES, INC.,<br><br>                Defendants. | No. 1:12-cv-00704-EGS |

**DEFENDANT MERRILL LYNCH L.P. HOLDINGS INC.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) and 41(b)**

Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 41(b), Defendant Merrill Lynch L.P. Holdings Inc. respectfully moves to dismiss Relator's Complaint.  For the reasons set forth in the Memorandum accompanying this Motion to Dismiss, Merrill Lynch L.P. Holdings Inc. seeks dismissal of this case on the grounds that Relator failed to serve Defendant within 120 days after the Complaint was filed or unsealed, as required by Federal Rule of Civil Procedure 4(m).

Dated:  January 28, 2013                  Respectfully submitted,

                                         /s/ Jonathan G. Cedarbaum

_____

Jonathan G. Cedarbaum (D.C. Bar No. 483768)
Jennifer M. O'Connor (D.C. Bar No. 460352)
Laura M. Hussain (D.C. Bar No. 988151)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
jonathan.cedarbaum@wilmerhale.com

*Attorneys for Defendant Merrill Lynch L.P.*
*Holdings Inc.*